Kevin Lee JAMES, Respondent,

v.

Marian Agnes JAMES, Appellant.

No. WD 51842.

Missouri Court of Appeals,
Western District.

Jan. 7, 1997.

Noel T. Magee, Columbia, for appellant.

Vonnieta E. Trickey, Jefferson City, for respondent.

Before ULRICH, C.J., P.J., and BRECKENRIDGE and SPINDEN, JJ.

### *ORDER*

PER CURIAM:

Marian Agnes James (Wife) appeals from the trial court's decree dissolving her marriage to Kevin Lee James (Husband). Wife claims that the trial court was without jurisdiction to enter its decree because it did not hear additional evidence in accordance with its prior decree.

The judgment of the trial court is affirmed. Rule 84.16(b).

STATE of Missouri, Respondent,

v.

Mark LYTLE, Appellant.

No. WD 52131.

Missouri Court of Appeals,
Western District.

Jan. 7, 1997.

David Simpson, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Jefferson City, Philip M. Koppe, Assistant Attorney General, Kansas City, for respondent.

Before ULRICH, C.J., and HANNA and SMART, JJ.

### ORDER

PER CURIAM.

Mark Lytle appeals his conviction following a jury trial for child molestation in the first degree, § 566.067, RSMo 1994, and sentence as a prior offender, § 558.016, RSMo 1994, to seven years imprisonment.

The judgment of conviction is affirmed. Rule 30.25(b).